LOCAL BANKRUPTCY FORM 1007-1(c)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DENNIS & ANDRILLA SMITH, : CHAPTER 13
:
:
Debtor(s) :

CERTIFICATION OF NO PAYMENT ADVICES
PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

I, <u>Andrilla Smith</u>, hereby certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition, I did not receive payment advices (e.g. "pay stubs"), as contemplated by 11 U.S.C. § 521(a)(1)(B)(iv), **from any source of employment**. I further certify that I received no payment advices during that period because:

☐ I have been unable to work due to a disability throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☐ I have received no regular income other than Social Security payments throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☐ My sole source of regular employment income throughout the sixty (60) days immediately preceding the date of the above-captioned petition has been through self-employment from which I do not receive evidence of wages or a salary at fixed intervals.

☐ I have been unemployed throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☒ I did not receive payment advices due to factors other than those listed above.

**I have received no regular income other than my Social Security and my Pension payments throughout the sixty (60) days immediately preceding the date of the above-captioned petition.**

I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge, information and belief.

DATE: 10/08/2025                              _____
                                                               Debtor

Case 5:25-bk-02884   Doc 6   Filed 10/08/25   Entered 10/08/25 18:20:48   Desc Main
Document   Page 1 of 1