# SABATINI LAW FIRM, LLC

CARLO SABATINI  
KRISTIN SABATINI

216 N. Blakely St.  
Dunmore, PA 18512  
Phone: (570) 341-9000  
Fax: (570) 504-2769  
<u>Satellite Office</u>: Wilkes-Barre 823-9000

October 28, 2025

Bankruptcy Clerks Office  
U.S. Courthouse  
197 South Main St.  
Wilkes-Barre, PA 18701

**RE: In re Dennis & Andrilla Smith**
**5:25-bk-02884-MJC**

Dear Sir or Madam:

    The notice sent to LVNV Funding, LLC C/O Resurgent Capital Services in the above case was returned to my office because the address was incorrect. Kindly change the address for LVNV Funding, LLC C/O Resurgent Capital Services on the mailing matrix to the following:

OLD ADDRESS:  
LVNV Funding, LLC C/O Resurgent Capital Services  
C/O Resurgent Capital Services PO Box 10  
Greenville, SC 29602-0010

NEW ADDRESS:  
LVNV Funding, LLC C/O Resurgent Capital Services  
PO Box 10587  
Greenville, SC 29603-0587

    Thank you for your assistance. If you have any questions, please do not hesitate to contact me.

Sincerely yours,

s/ Tiffany Bator  
Tiffany Bator  
Paralegal

/tb

* Board Certified - Consumer Bankruptcy Law - American Board of Certification