UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>DENNIS LEROY SMITH a/k/a<br>DENNIS SMITH a/k/a<br>DENNIS L. SMITH and<br>ANDRILLA SMITH a/k/a<br>ANDILLA BARTON SMITH a/k/a<br>ANDRILLA B. SMITH,<br><br>                                    Debtors<br><br>NEW AMERICAN FUNDING, LLC<br><br>                                    Movant | Case No.: 25-02884 MJC<br><br>Chapter: 13 |

## OBJECTION OF NEW AMERICAN FUNDING, LLC TO DEBTOR'S CHAPTER 13 PLAN

AND NOW COMES, NEW AMERICAN FUNDING, LLC ("Mortgagee"), secured creditor and mortgage lien holder on real property owned by Debtors and located at 3656 Hemlock Court, Lake Ariel, PA 18436 ("the Property"), by its attorneys, Fein, Such, Kahn & Shepard, P.C., Tammy L. Terrell Benoza, Esq., who hereby aver as follows:

    1.    Mortgagee is a secured creditor by way of a mortgage representing a lien on the Property.

    2.    Debtors filed the instant Chapter 13 Bankruptcy Petition on October 8, 2025.

    3.    Mortgagee to file a Proof of Claim on or before the expiration of the bar date.

    4.    As of the date of the filing of the instant Chapter 13 petition, the Debtors had estimated mortgage arrears of $89.12.

    5.    Debtor's Chapter 13 Plan does not provide for payment of mortgage arrears.

WHEREFORE, NEW AMERICAN FUNDING, LLC prays and respectfully requests that the Debtors be required to file an Amended Chapter 13 Plan.

Date: October 29, 2025 /s/ *Tammy L. Terrell Benoza*
Tammy L. Terrell Benoza, Esq.
Court I.d. No. 20271989
Fein, Such, Kahn & Shepard, PC
7660 Imperial Way
Suite 121
Allentown, PA 18195
bankruptcy@feinsuch.com
973-538-4700