UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

|  | Case No.: 25-02884 MJC |
|---|---|
| IN RE:<br><br>DENNIS LEROY SMITH a/k/a<br>DENNIS SMITH a/k/a<br>DENNIS L. SMITH and<br>ANDRILLA SMITH a/k/a<br>ANDILLA BARTON SMITH a/k/a<br>ANDRILLA B. SMITH,<br><br>         Debtors<br><br>NEW AMERICAN FUNDING, LLC<br><br>         Movant | Chapter: 13 |

## CERTIFICATE OF SERVICE

I, Kelly Mastandrea, paralegal certify under penalty of perjury that I caused to be served the above captioned pleading Objection of New American Funding, LLC to Debtor's Chapter 13 Plan on the parties at the addresses shown below or on the attached list on October 29, 2025.

The types of service made on the parties were: Electronic Notification and First Class Mail.

| Service by Electronic Notification | Service by First Class Mail |
|---|---|
| Debtor's Counsel:<br>CARLO SABATINI<br>SABATINI LAW FIRM, LLC<br>216 N. BLAKELY STREET<br>DUNMORE, PA 18512 | Debtor(s):<br>DENNIS LEROY SMITH<br>ANDRILLA SMITH<br>1304 THE HIDEOUT<br>LAKE ARIEL, PA 18436 |
| Trustee (if applicable):<br>JACK N. ZAHAROPOULOS<br>8125 ADAMS DRIVE, SUITE A<br>HUMMELSTOWN, PA 17036 |  |

| Assistant US Trustee:<br>UNITED STATES TRUSTEE<br>US COURTHOUSE<br>1501 N. 6th STREET<br>HARRISBURG, PA 17102 | |
|---|---|

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: "Service by First Class Mail."

Date: October 29, 2025  /s/ Kelly Mastandrea
Name: Kelly Mastandrea
Title: Paralegal