# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>DENNIS LEROY SMITH AND ANDRILLA SMITH,<br>           Debtors<br><br>DENNIS LEROY SMITH AND ANDRILLA SMITH,<br>           Movants<br><br>MEMBERS 1ST FEDERAL CREDIT UNION,<br>           Respondent. | CHAPTER 13<br><br>Case No. 5:25-bk-02884-MJC |

## DEBTORS' MOTION FOR A RULE 2004 EXAMINATION OF MEMBERS 1ST FEDERAL CREDIT UNION

Movants respectfully request, pursuant to Federal Rule of Bankruptcy Procedure 2004(a), an order compelling Respondent's examination under oath and alleges as follows:

1. Under Fed. R. Bankr. P. 2004 the Court may order an examination that relates, *inter alia*, to a debtor's property or financial condition.

2. Pre-petition, Respondent repossessed Movants' recreational vehicle.

3. An examination of Respondent could enable Movants to determine whether Respondent violated various laws in connection with the repossession and any sale of the vehicle.

4. To account for the possible existence of such a claim, Movants listed a potential claim against Respondent on Schedule A/B. (See Doc. 1.)

5. An examination under Federal Rule of Bankruptcy Procedure 2004 would be proper because it would inquire into Debtors' above-described property.

6. To make the examination more productive, Movants respectfully request that any documents that Respondent produces be provided fourteen days before the examination to allow Movants time to prepare.

WHEREFORE, Movants respectfully request that the Court enter an Order compelling an examination under oath of Respondent with respect to the documents and topics identified in the notice attached as Exhibit A, and that the Court order Respondent to comply with the duces tecum portion of the notice at least 14 days before the date set for the examination.

s/ Carlo Sabatini
Carlo Sabatini, Attorney for Movants
Bar Number PA 83831
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
Phone (570) 341-9000
Facsimile (570) 504-2769
Email ecf@bankruptcypa.com