IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>DENNIS LEROY SMITH AND ANDRILLA SMITH,<br>        Debtors<br><br>DENNIS LEROY SMITH AND ANDRILLA SMITH,<br>        Movants<br><br>MEMBERS 1ST FEDERAL CREDIT UNION,<br>        Respondent. | CHAPTER 13<br><br>Case No. 5:25-bk-02884-MJC<br><br>*Debtors' Motion for a Rule 2004 Examination of Members 1st Federal Credit Union* |

## **NOTICE**

The Debtors filed *Debtors' Motion for a Rule 2004 Examination of Members 1st Federal Credit Union* on November 3, 2025.

If you object to the relief requested, you must file your objection/response on or before 14 days from the date of this notice with the Clerk of the United States Bankruptcy Court, 274 Max Rosenn U.S. Courthouse, 197 S. Main St., Wilkes-Barre, PA 18701.

If you file and serve an objection/response within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the Motion without further notice or hearing, and may grant the relief requested.

Date: November 3, 2025

s/Carlo Sabatini
Carlo Sabatini, PA 83831
Attorney for Movants
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
(570) 341-9000
ecf@bankruptcypa.com