**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| DENNIS LEROY SMITH AND ANDRILLA SMITH,<br>　　　　　Debtors | Case No. 5:25-bk-02884-MJC |
| DENNIS LEROY SMITH AND ANDRILLA SMITH,<br>　　　　　Movants | *Debtors' Motion for a Rule 2004 Examination of Members 1st Federal Credit Union* |
| MEMBERS 1ST FEDERAL CREDIT UNION,<br>　　　　　Respondent. | |

## ORDER

Upon consideration of *Debtors' Motion for a Rule 2004 Examination of Members 1st Federal Credit Union,* it is hereby ORDERED that the motion is GRANTED. Respondent shall submit to a *duces tecum* examination to be conducted by Movants pursuant to Bankruptcy Rule 2004. The examination shall be governed by the examination notice attached as Exhibit A to the underlying motion. Respondent shall produce the requested documents no later than fourteen days before the date of the examination. By written agreement, the parties may change the date, time, location and manner of recording the examination without further order of this Court.