# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>DENNIS LEROY SMITH AND ANDRILLA SMITH,<br>      Debtors<br><br>DENNIS LEROY SMITH AND ANDRILLA SMITH,<br>      Movants<br><br>MEMBERS 1ST FEDERAL CREDIT UNION,<br>      Respondent. | CHAPTER 13<br><br>Case No. 5:25-bk-02884-MJC |

### Certification of Service Upon Paper Filer Pursuant to L.B.R. 9013-3

| Title of Papers Served: | <ul><li>Debtor's Motion for a Rule 2004 Examination of Members 1ST Federal Credit Union</li><li>Notice</li><li>Proposed Order</li></ul> | | |
|---|---|---|---|
| Name and Address of Recipient: | | Entity the Recipient Represents (if applicable) | Method of Service |
| Attn.: Officer, Manager, or General Agent<br>Members 1st Federal Credit Union<br>5000 Marketplace Way<br>Enola, PA 17025-2431 | | | United States Mail – Certified, Return Receipt Requested |
| Paula J. McDermott, Esq.<br>Members 1st Federal Credit Union<br>5000 Louise Drive<br>Mechanicsburg, PA 17055 | | Members 1st Federal Credit Union | United States Mail – Certified, Return Receipt Requested |

I certify that I am over 18 years of age and service was effectuated today as above described.

Dated: November 3, 2025

                                                                       s/ Amber Werner
                                                                        Amber Werner, Legal Assistant
                                                                        Sabatini Law Firm, LLC
                                                                        216 N. Blakely St.
                                                                        Dunmore, PA 18512
                                                                        Phone (570) 341-9000
                                                                        Facsimile (570) 504-2769