

**REPLY TO:**
7660 Imperial Way, Suite 121
Allentown, PA 18195
610-395-3535

_____

6 Campus Drive, Suite 304
Parsippany, NJ 07054
973-538-4700

November 6, 2025

Honorable Mark J Conway
United States Bankruptcy Court
197 South Main Street, Room 274
Wilkes Barre, PA 18701

      RE: DENNIS LEROY SMITH a/k/a DENNIS SMITH a/k/a
          DENNIS L. SMITH and ANDRILLA SMITH a/k/a
          ANDILLA BARTON SMITH a/k/a ANDRILLA B. SMITH
          Case No. 25-02884 MJC
          Our File # : YNAFP027

Dear Judge Conway:

Please accept this letter as a formal request to withdraw the Objection to Confirmation of Plan filed on October 29, 2025 (docket no. 17).

                                      Respectfully submitted,

                                      */s/ Tammy Terrell-Benoza*

cc: Carlo Sabatini - Debtors' attorney via Electronic Filing
    Jack N. Zaharopoulos - Chapter 13 Trustee via Electronic Filing
    U.S. Trustee - via Electronic Filing
    Dennis and Andrilla Smith - Debtors - via Regular Mail