# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Dennis Leroy Smith and Andrilla Smith,<br>Debtors | CHAPTER 13<br><br>CASE NO. 5:25-bk-02884-MJC |

## NOTICE OF ENTRY OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

***PLEASE TAKE NOTICE*** that the attorneys set forth below hereby enter their appearance as counsel for Members 1st Federal Credit Union, pursuant to 11 U.S.C. §1109(b), 9010 of the Federal Rules of Bankruptcy Procedure, and 9010-1 of the Local Rules for the United States Bankruptcy Court for the Middle District of Pennsylvania. Kindly enter our appearances as counsel for Members 1st Federal Credit Union and index the same on the master mailing list as follows:

**David W. Park, Esq.**
**Kailey E. Elrod, Esq.**
**Abbie C. Trone, Esq.**
**Rice Park Law, LLC**
**79 East Pomfret Street**
**Carlisle, PA 17013**
**(717) 205-2215 (p)**
**(717) 703-5221 (f)**
**dpark@riceparklaw.com**
**kelrod@riceparklaw.com**
**atrone@riceparklaw.com**

1

Respectfully submitted,

RICE PARK LAW, LLC

Date: 11/17/2025           By: _____

David W. Park, Esquire, Atty I.D. 315905
Kailey E. Elrod, Esquire, Atty I.D. 335938
Abbie C. Trone, Esquire, Atty I.D. 317083
79 East Pomfret Street, Carlisle, PA 17013
(717) 205-2215 (p)
(717) 703-5221 (f)
dpark@riceparklaw.com
kelrod@riceparklaw.com
atrone@riceparklaw.com
Attorneys for Members 1st FCU