UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE:<br><br>Dennis Leroy Smith and Andrilla Smith,<br>Debtors | CHAPTER 13<br><br>CASE NO. 5:25-bk-02884-MJC |
|---|---|

### CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of November 2025, a true and correct copy of the above and foregoing document shall be served via ECF, if available, otherwise by regular, first-class mail to:

Carlo Sabatini, Esq.
Sabatini Law Firm, LLC
216 N. Blakely Street
Dunmore, PA 18512
**Attorney for Debtors Dennis L. Smith and Andrilla Smith**

Jack N. Zaharopoulos, Esq.
8125 Adams Drive, Suite A
Hummelstown, PA 17036
**Chapter 13 Trustee**

Ass. U.S. Trustee
US Courthouse
1501 N. 6th Street
Harrisburg, PA 17102
**United States Trustee**

1

Respectfully submitted,

RICE PARK LAW, LLC

Date: 11/17/2025          By: _____

David W. Park, Esquire, Atty I.D. 315905
Kailey E. Elrod, Esquire, Atty I.D. 335938
Abbie C. Trone, Esquire, Atty I.D. 317083
79 East Pomfret Street, Carlisle, PA 17013
(717) 205-2215 (p)
(717) 703-5221 (f)
dpark@riceparklaw.com
kelrod@riceparklaw.com
atrone@riceparklaw.com
Attorneys for Members 1st FCU

2