# EXHIBIT B

Case 5:25-bk-02884-MJC    Doc 23-2    Filed 11/17/25    Entered 11/17/25 16:40:18    Desc
Exhibit B    Page 1 of 3



**MEMBERS 1st**
FEDERAL CREDIT UNION

**NOTICE OF REPOSSESSION**

01/10/2020

Via Certified Mail

ANDRILLA SMITH
1304 THE HIDEOUT
LAKE ARIEL, PA 18436-9533

Re: Account # ▇▇▇▇▇, Loan ID: ▇▇▇

Members 1st Federal Credit Union has repossessed your 2004 FLEETWOOD REVOLUTION M-40C, Title #64089750, Vehicle Identification Number (VIN) 4UZAAHBS74CM96820, because of your default under the security agreement and provisions of the Uniform Commercial Code and the Motor Vehicle Sales Financing Act.

The vehicle is stored at Northeast Investigative Agency at 140 Roosevelt Highway, Waymart, PA 18472 (570) 488-6600. Please contact Northeast Investigative Agency to make an appointment to pick up any personal property left in the vehicle.

You can redeem the vehicle by paying the sum of $83,239.03. The breakdown of such amount is as follows:

| | |
|---|---:|
| **Principal Balance:** | $ 80,878.50 |
| **Accrued Interest:** | $ 1,690.20 |
| **Late Fees:** | $ 45.33 |
| **Repossession Fees:** | $ 625.00 |
| **Total to Redeem Vehicle:** | $ 83,239.03 |

Payment must be made in the form of cash, money order, or certified check made payable to Members 1st Federal Credit Union. Payment by money order or certified check may be sent to PO Box 40 Mechanicsburg, PA 17055. Payments in cash should be made in person at any Members 1st Federal Credit Union branch location.

If the "Total to Redeem Vehicle" payment amount is not made by 01/25/2020, Members 1st intends to sell the vehicle at private sale. You will be provided additional notice from us, including the details of such sale.

If the proceeds from the private sale do not pay off the loan balance, including accrued interest and late charges due, you are liable for the remaining balance owed, known as a deficiency balance. If this is the case, we will provide you with additional notice further detailing the deficiency balance. The word repossession will be on your credit report if we sell the vehicle. You can reach the Collections Department at (717) 795-5165.

Sincerely,

Arlanda
Collateral Liquidation Specialist

Certified Mail Receipt #: 9214 8901 0631 2700 2693 23

5000 Louise Drive • P.O. Box 40 • Mechanicsburg, Pennsylvania 17055 • (800) 283-2328 • www.members1st.org



**MEMBERS 1st**
FEDERAL CREDIT UNION

**NOTICE OF REPOSSESSION**

01/10/2020

<u>Via Certified Mail</u>

DENNIS SMITH
1304 THE HIDEOUT
LAKE ARIEL, PA 18436-9533

Re: Account # ████, Loan ID: ████

Members 1st Federal Credit Union has repossessed your 2004 FLEETWOOD REVOLUTION M-40C, Title #64089750, Vehicle Identification Number (VIN) 4UZAAHBS74CM96820, because of your default under the security agreement and provisions of the Uniform Commercial Code and the Motor Vehicle Sales Financing Act.

The vehicle is stored at Northeast Investigative Agency at 140 Roosevelt Highway, Waymart, PA 18472 (570) 488-6600. Please contact Northeast Investigative Agency to make an appointment to pick up any personal property left in the vehicle.

You can redeem the vehicle by paying the sum of $83,239.03. The breakdown of such amount is as follows:

| | |
|---|---:|
| **Principal Balance:** | $ 80,878.50 |
| **Accrued Interest:** | $ 1,690.20 |
| **Late Fees:** | $ 45.33 |
| **Repossession Fees:** | $ 625.00 |
| **Total to Redeem Vehicle:** | $ 83,239.03 |

Payment must be made in the form of cash, money order, or certified check made payable to Members 1st Federal Credit Union. Payment by money order or certified check may be sent to PO Box 40 Mechanicsburg, PA 17055. Payments in cash should be made in person at any Members 1st Federal Credit Union branch location.

If the "Total to Redeem Vehicle" payment amount is not made by 01/25/2020, Members 1st intends to sell the vehicle at private sale. You will be provided additional notice from us, including the details of such sale.

If the proceeds from the private sale do not pay off the loan balance, including accrued interest and late charges due, you are liable for the remaining balance owed, known as a deficiency balance. If this is the case, we will provide you with additional notice further detailing the deficiency balance. The word repossession will be on your credit report if we sell the vehicle. You can reach the Collections Department at (717) 795-5165.

Sincerely,

Arlanda
Collateral Liquidation Specialist

Certified Mail Receipt #: 9214 8901 0631 2700 2693 09

5000 Louise Drive • P.O. Box 40 • Mechanicsburg, Pennsylvania 17055 • (800) 283-2328 • www.members1st.org

Case 5:25-bk-02884-MJC    Doc 23-2    Filed 11/17/25    Entered 11/17/25 16:40:18    Desc
Exhibit B    Page 3 of 3