# EXHIBIT C



# MEMBERS 1st
### FEDERAL CREDIT UNION

## EXPLANATION OR CALCULATION OF DEFICIENCY

March 6, 2020

DENNIS SMITH
1304 THE HIDEOUT
LAKE ARIEL, PA 18436

Re: Account # ▇▇▇▇  Loan ID # ▇▇▇▇
    VEHICLE: 2004 FREIGHTLINER SERIES M-40C
    VIN #:    4UZAAHBS74CM96820

Dear DENNIS SMITH,

This letter is to notify you of the disposition of the proceeds received from the sale of the repossessed 2004 2004 FREIGHTLINER SERIES M-40C, VIN #4UZAAHBS74CM96820. There is a deficiency in the amount of $ 58,409.46. That amount is calculated as follows.

| | |
|---|---:|
| Aggregate amount of the obligations secured by the above referenced collateral under which the sale was made | $ 80,878.50 |
| (-) The amount of the proceeds of the sale | $ 26,500.00 |
| (=) Aggregate amount of the obligations after deducting the proceeds of the sale | $ 54,378.50 |
| (+) Aggregate amount of expenses involved in the sale of the collateral, including, but not limited to attorneys' fees | $ 4,030.96 |
| (-) Aggregate amount of credits, including interest rebates or credit service charges | $ 0.00 |
| (=) Amount of the Deficiency | $ 58,409.46 |

If applicable, future debits, credits, charges, including additional credit service charges or interest rebates and expenses may affect the amount of the deficiency.

Please call the Collections Department of Members 1st Federal Credit Union at (717) 795-5165 immediately upon receipt of this letter to make the necessary payment arrangements to pay this balance in full. If satisfactory payment arrangements are not made, Members 1st Federal Credit Union could forward this account to a collection agency or to an attorney for legal action. This will result in additional cost and fees.

Sincerely,

Carol W
Administrative Assistant

Certified Mail Receipt: 9214 8901 0631 2700 2808 61
Copy: file

5000 Louise Drive • P.O. Box 40 • Mechanicsburg, Pennsylvania 17055 • (800) 283-2328 • www.members1st.org



# MEMBERS 1st
## FEDERAL CREDIT UNION

### EXPLANATION OR CALCULATION OF DEFICIENCY

March 6, 2020

ANDRILLA SMITH
1304 THE HIDEOUT
LAKE ARIEL, PA 18436

Re: Account # ███████  Loan ID # ███████
    VEHICLE: 2004 FREIGHTLINER SERIES M-40C
    VIN #: 4UZAAHBS74CM96820

Dear ANDRILLA SMITH

This letter is to notify you of the disposition of the proceeds received from the sale of the repossessed 2004 2004 FREIGHTLINER SERIES M-40C, VIN #4UZAAHBS74CM96820. There is a deficiency in the amount of $ 58,409.46. That amount is calculated as follows.

| | |
|---|---|
| Aggregate amount of the obligations secured by the above referenced collateral under which the sale was made | $ 80,878.50 |
| (-) The amount of the proceeds of the sale | $ 26,500.00 |
| (=) Aggregate amount of the obligations after deducting the proceeds of the sale | $ 54,378.50 |
| (+) Aggregate amount of expenses involved in the sale of the collateral, including, but not limited to attorneys' fees | $ 4,030.96 |
| (-) Aggregate amount of credits, including interest rebates or credit service charges | $ 0.00 |
| (=) Amount of the Deficiency | $ 58,409.46 |

If applicable, future debits, credits, charges, including additional credit service charges or interest rebates and expenses may affect the amount of the deficiency.

Please call the Collections Department of Members 1st Federal Credit Union at (717) 795-5165 immediately upon receipt of this letter to make the necessary payment arrangements to pay this balance in full. If satisfactory payment arrangements are not made, Members 1st Federal Credit Union could forward this account to a collection agency or to an attorney for legal action. This will result in additional cost and fees.

Sincerely,

Carol W
Administrative Assistant

Certified Mail Receipt: 9214 8901 0631 2700 2808 78
Copy: file

5000 Louise Drive • P.O. Box 40 • Mechanicsburg, Pennsylvania 17055 • (800) 283-2328 • www.members1st.org