UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Dennis Leroy Smith and Andrilla Smith,<br>Debtors<br><br>Dennis Leroy Smith and Andrilla Smith,<br>Movants<br><br>Members 1st Federal Credit Union,<br>Respondent | CHAPTER 13<br><br>CASE NO. 5:25-bk-02884-MJC |

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 17, 2025, I served a copy of **RESPONDENT'S OBJECTION TO DEBTORS' MOTION FOR RULE 2004 EXAMINATION OF MEMBERS 1ST FEDERAL CREDIT UNION** on the following parties in this matter:

| Name and Address of Recipient | Method of Service |
|---|---|
| Carlo Sabatini, Attorney for Movants<br>Sabatini Law Firm, LLC<br>216 N. Blakely Street<br>Dunmore, PA 18512 | USPS, First Class Mail<br>via email: ecf@bankruptcypa.com |

I certify under penalty of perjury that the foregoing is true and correct.

1

Respectfully submitted,

RICE PARK LAW, LLC

Date: 11/17/2025        By: _____

David W. Park, Esquire, Atty I.D. 315905
Kailey E. Elrod, Esquire, Atty I.D. 335938
Abbie C. Trone, Esquire, Atty I.D. 317083
79 East Pomfret Street, Carlisle, PA 17013
(717) 205-2215 (p)
(717) 703-5221 (f)
dpark@riceparklaw.com
kelrod@riceparklaw.com
atrone@riceparklaw.com
Attorneys for Members 1st FCU