United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Dennis Leroy Smith  
Andrilla Smith  
    Debtors

Case No. 25-02884-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3  
Date Rcvd: Nov 17, 2025      Form ID: ntcnfhrg      Total Noticed: 43

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dennis Leroy Smith, Andrilla Smith, 1304 The Hideout, Lake Ariel, PA 18436-9533 |
| 5750809 | + | American Funding, LLC, Fein, Such & Crane, LLP, 28 East Main Street, Suite 1800, Rochester, NY 14614-1936 |
| 5749049 | | Capital One, PO Box 50281, Salt Lake City, UT 84101-0281 |
| 5749051 | + | Cardionet, LLC, PO Box 508, Malvern, PA 19355-0508 |
| 5749058 | | Eric Bush, Chief Financial Officer, Members 1st Federal Credit Union, 5000 Marketplace Way, Enola, PA 17025-2431 |
| 5749059 | | Ferdinand J Manahan MD LLC, 239 Penn Ave Forum Plaza, Scranton, PA 18503-1921 |
| 5749060 | + | Helps NonProfit Law Firm, 3995 Hagers Grove Rd SE, Salem, OR 97317-6189 |
| 5749062 | | LVNV Funding LLC, C/O Resurgent Capital Services L.P. PO B, Greenville, SC 29603-0465 |
| 5749071 | | Pennsylvania Physician Services LLC, 1400 Gatlin Ave, Orlando, FL 32806-6940 |
| 5749072 | | Rebecca Finkenbinder, Members 1st Federal Credit Union, 5000 Marketplace Way, Enola, PA 17025-2431 |
| 5749073 | + | Rice Park Law, LLC, 79 E. Pomfret Street, Carlisle, PA 17013-3313 |
| 5749074 | | Scranton Heart Institute, P.C., 102 North Abington Road, Suite 103, Clarks Summit, PA 18411-2326 |
| 5749079 | | US Attorney for the PA Middle District, William J. Nealon Federal Building, 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |
| 5749081 | + | Wayne Memorial Community Health Center, 600 Maple Avenue, Honesdale, PA 18431-1459 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5751711 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Nov 17 2025 18:52:00 | MOHELA on behalf of, Ascendium Education Solutions Inc, PO BOX 8961, Madison, WI 53708-8961 |
| 5749048 | + | Email/Text: lkrucar@echoes.net | Nov 17 2025 18:52:00 | Adams Cable Service, 19 N main St, Carbondale, PA 18407-2395 |
| 5749052 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 17 2025 18:52:00 | CB/CCI PL CC, PO Box 4499, Beaverton, OR 97076-4499 |
| 5749050 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 17 2025 19:04:25 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 5749054 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 17 2025 19:04:42 | Citibank NA, PO Box 6077, Sioux Falls, SD 57117-6077 |
| 5749053 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 17 2025 19:04:25 | Citibank NA, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 5749055 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 17 2025 18:52:00 | Comenity Capital/Lending Club, 3095 Loyalty Circle, Building A, Columbus, OH 43219-3673 |
| 5749056 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 17 2025 18:52:00 | Comenity Capital/Overstock, PO Box 182120, Columbus, OH 43218-2120 |
| 5749057 | | Email/Text: bankruptcies@crownasset.com | Nov 17 2025 18:52:00 | Crown Asset Managemen, LLC, 3100 Breckinridge Blvd Ste 725, Duluth, GA 30096-7605 |
| 5749061 | + | Email/PDF: ais.chase.ebn@aisinfo.com | | |

| Recipient # | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Nov 17 2025 18:54:13 | JPMorgan Chase Bank, PO Box 15369, Wilmington, DE 19850-5369 |
| 5749064 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 17 2025 18:53:27 | LVNV Funding LLC, 55 Beattie Pl, Greenville, SC 29601-2165 |
| 5749905 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 17 2025 18:53:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5749063 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 17 2025 18:53:27 | LVNV Funding, LLC C/O Resurgent Capital, Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5749065 | + | Email/Text: unger@members1st.org | Nov 17 2025 18:52:00 | Members 1st Federal Credit Union, 5000 Louise Drive, Mechanicsburg, PA 17055-4899 |
| 5749066 | | Email/Text: bankruptcydpt@mcmcg.com | Nov 17 2025 18:52:00 | Midland Credit Management Inc, 320 E Big Beaver Rd Ste 300, Troy, MI 48083-1271 |
| 5749067 | | Email/PDF: Bankruptcy_Prod@mohela.com | Nov 17 2025 19:04:22 | Mohela/Navient, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 5749068 | | Email/Text: Bankruptcy@nafinc.com | Nov 17 2025 18:52:00 | New American Funding, 11001 Lakeline Blvd, Building 1 Suite 32, Austin, TX 78717-5997 |
| 5749069 | ^ | MEBN | Nov 17 2025 18:48:56 | Patenaude & Felix, A.P.C, 2400 Ansys Dr Ste 402B, Canonsburg, PA 15317-0403 |
| 5749070 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 17 2025 19:04:25 | Paypal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 5757880 | | Email/Text: bnc-quantum@quantum3group.com | Nov 17 2025 18:52:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 5749075 | + | Email/Text: bankruptcy@bbandt.com | Nov 17 2025 18:52:00 | Sheffield Financial Corp, PO Box 849, Wilson, NC 27894-0849 |
| 5756543 | | Email/Text: bankruptcy@bbandt.com | Nov 17 2025 18:52:00 | Sheffield Financial, a division of Truist Bank, PO Box 1847, Wilson, NC 27894-1847 |
| 5749077 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 17 2025 19:04:34 | Synchrony Bank/Amazon, PO Box 965064, Orlando, FL 32896-5064 |
| 5749076 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 17 2025 18:54:09 | Synchrony Bank/Amazon, PO Box 71737, Philadelphia, PA 19176-1737 |
| 5749078 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 17 2025 18:53:50 | Synchrony Bank/Gap, PO Box 71727, Philadelphia, PA 19176-1727 |
| 5749080 | | Email/Text: edbknotices@ecmc.org | Nov 17 2025 18:52:00 | US Department of Education, 400 Maryland Ave SW, Washington, DC 20202-0001 |
| 5749082 | + | Email/Text: snyderth@wmh.org | Nov 17 2025 18:52:00 | Wayne Memorial Hospital, 601 Park St, Honesdale, PA 18431-1498 |
| 5749083 | | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Nov 17 2025 19:04:25 | Wells Fargo Bank, PO Box 14517, Des Moines, IA 50306-3517 |
| 5749084 | | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Nov 17 2025 19:04:42 | Wells Fargo Bank NA, PO Box 393, Minneapolis, MN 55480-0393 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2025    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carlo Sabatini | on behalf of Debtor 2 Andrilla Smith usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Carlo Sabatini | on behalf of Debtor 1 Dennis Leroy Smith usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Tammy Benoza | on behalf of Creditor New American Funding  LLC bankruptcy@fskslaw.com |
| Tammy Benoza | on behalf of Creditor American Funding  LLC bankruptcy@fskslaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Dennis Leroy Smith,
aka Dennis Smith, aka Dennis L Smith,

**Debtor 1**

Andrilla Smith,
aka Andrilla Barton Smith, aka Andrilla B Smith,

**Debtor 2**

Chapter 13

Case No. 5:25−bk−02884−MJC

# Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**January 1, 2026** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: January 8, 2026  Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**  Max Rosenn U.S. Courthouse  197 South Main Street  Wilkes−Barre, PA 18701  (570) 831−2500 | **For the Court:**  Seth F. Eisenberg  Clerk of the Bankruptcy Court:  By: DaneishaDunbarYancey, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 17, 2025 |

ntcnfhrg (08/21)