United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Dennis Leroy Smith

Andrilla Smith

    Debtors

Case No. 25-02884-MJC

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0314-5 | User: AutoDocke | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Nov 17, 2025 | Form ID: pdf002 | Total Noticed: 43 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dennis Leroy Smith, Andrilla Smith, 1304 The Hideout, Lake Ariel, PA 18436-9533 |
| 5750809 | + | American Funding, LLC, Fein, Such & Crane, LLP, 28 East Main Street, Suite 1800, Rochester, NY 14614-1936 |
| 5749049 | | Capital One, PO Box 50281, Salt Lake City, UT 84101-0281 |
| 5749051 | + | Cardionet, LLC, PO Box 508, Malvern, PA 19355-0508 |
| 5749058 | | Eric Bush, Chief Financial Officer, Members 1st Federal Credit Union, 5000 Marketplace Way, Enola, PA 17025-2431 |
| 5749059 | | Ferdinand J Manahan MD LLC, 239 Penn Ave Forum Plaza, Scranton, PA 18503-1921 |
| 5749060 | + | Helps NonProfit Law Firm, 3995 Hagers Grove Rd SE, Salem, OR 97317-6189 |
| 5749062 | | LVNV Funding LLC, C/O Resurgent Capital Services L.P. PO B, Greenville, SC 29603-0465 |
| 5749071 | | Pennsylvania Physician Services LLC, 1400 Gatlin Ave, Orlando, FL 32806-6940 |
| 5749072 | | Rebecca Finkenbinder, Members 1st Federal Credit Union, 5000 Marketplace Way, Enola, PA 17025-2431 |
| 5749073 | + | Rice Park Law, LLC, 79 E. Pomfret Street, Carlisle, PA 17013-3313 |
| 5749074 | | Scranton Heart Institute, P.C., 102 North Abington Road, Suite 103, Clarks Summit, PA 18411-2326 |
| 5749079 | | US Attorney for the PA Middle District, William J. Nealon Federal Building, 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |
| 5749081 | + | Wayne Memorial Community Health Center, 600 Maple Avenue, Honesdale, PA 18431-1459 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5751711 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Nov 17 2025 18:52:00 | MOHELA on behalf of, Ascendium Education Solutions Inc, PO BOX 8961, Madison, WI 53708-8961 |
| 5749048 | + | Email/Text: lkrucar@echoes.net | Nov 17 2025 18:52:00 | Adams Cable Service, 19 N main St, Carbondale, PA 18407-2395 |
| 5749052 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 17 2025 18:52:00 | CB/CCI PL CC, PO Box 4499, Beaverton, OR 97076-4499 |
| 5749050 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 17 2025 19:04:23 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 5749054 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 17 2025 19:04:25 | Citibank NA, PO Box 6077, Sioux Falls, SD 57117-6077 |
| 5749053 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 17 2025 19:04:25 | Citibank NA, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 5749055 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 17 2025 18:52:00 | Comenity Capital/Lending Club, 3095 Loyalty Circle, Building A, Columbus, OH 43219-3673 |
| 5749056 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 17 2025 18:52:00 | Comenity Capital/Overstock, PO Box 182120, Columbus, OH 43218-2120 |
| 5749057 | | Email/Text: bankruptcies@crownasset.com | Nov 17 2025 18:52:00 | Crown Asset Managemen, LLC, 3100 Breckinridge Blvd Ste 725, Duluth, GA 30096-7605 |
| 5749061 | + | Email/PDF: ais.chase.ebn@aisinfo.com | | |

| | | | |
|---|---|---|---|
| | | Nov 17 2025 18:53:49 | JPMorgan Chase Bank, PO Box 15369, Wilmington, DE 19850-5369 |
| 5749064 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 17 2025 18:53:52 | LVNV Funding LLC, 55 Beattie Pl, Greenville, SC 29601-2165 |
| 5749905 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 17 2025 18:53:29 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5749063 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 17 2025 18:53:27 | LVNV Funding, LLC C/O Resurgent Capital, Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5749065 | + Email/Text: unger@members1st.org | Nov 17 2025 18:52:00 | Members 1st Federal Credit Union, 5000 Louise Drive, Mechanicsburg, PA 17055-4899 |
| 5749066 | Email/Text: bankruptcydpt@mcmcg.com | Nov 17 2025 18:52:00 | Midland Credit Management Inc, 320 E Big Beaver Rd Ste 300, Troy, MI 48083-1271 |
| 5749067 | Email/PDF: Bankruptcy_Prod@mohela.com | Nov 17 2025 18:53:26 | Mohela/Navient, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 5749068 | Email/Text: Bankruptcy@nafinc.com | Nov 17 2025 18:52:00 | New American Funding, 11001 Lakeline Blvd, Building 1 Suite 32, Austin, TX 78717-5997 |
| 5749069 | ^ MEBN | Nov 17 2025 18:48:56 | Patenaude & Felix, A.P.C, 2400 Ansys Dr Ste 402B, Canonsburg, PA 15317-0403 |
| 5749070 | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 17 2025 19:04:34 | Paypal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 5757880 | Email/Text: bnc-quantum@quantum3group.com | Nov 17 2025 18:52:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 5749075 | + Email/Text: bankruptcy@bbandt.com | Nov 17 2025 18:52:00 | Sheffield Financial Corp, PO Box 849, Wilson, NC 27894-0849 |
| 5756543 | Email/Text: bankruptcy@bbandt.com | Nov 17 2025 18:52:00 | Sheffield Financial, a division of Truist Bank, PO Box 1847, Wilson, NC 27894-1847 |
| 5749077 | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 17 2025 18:54:13 | Synchrony Bank/Amazon, PO Box 965064, Orlando, FL 32896-5064 |
| 5749076 | + Email/PDF: ais.sync.ebn@aisinfo.com | Nov 17 2025 18:53:50 | Synchrony Bank/Amazon, PO Box 71737, Philadelphia, PA 19176-1737 |
| 5749078 | + Email/PDF: ais.sync.ebn@aisinfo.com | Nov 17 2025 18:54:09 | Synchrony Bank/Gap, PO Box 71727, Philadelphia, PA 19176-1727 |
| 5749080 | Email/Text: edbknotices@ecmc.org | Nov 17 2025 18:52:00 | US Department of Education, 400 Maryland Ave SW, Washington, DC 20202-0001 |
| 5749082 | + Email/Text: snyderth@wmh.org | Nov 17 2025 18:52:00 | Wayne Memorial Hospital, 601 Park St, Honesdale, PA 18431-1498 |
| 5749083 | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Nov 17 2025 19:04:42 | Wells Fargo Bank, PO Box 14517, Des Moines, IA 50306-3517 |
| 5749084 | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Nov 17 2025 19:04:42 | Wells Fargo Bank NA, PO Box 393, Minneapolis, MN 55480-0393 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

**in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2025                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carlo Sabatini | on behalf of Debtor 2 Andrilla Smith usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatin i.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Carlo Sabatini | on behalf of Debtor 1 Dennis Leroy Smith usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatin i.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Tammy Benoza | on behalf of Creditor New American Funding  LLC bankruptcy@fskslaw.com |
| Tammy Benoza | on behalf of Creditor American Funding  LLC bankruptcy@fskslaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:
Dennis Leroy Smith
 and
Andrilla Smith

CHAPTER 13

CASE NO.

___X___ ORIGINAL PLAN
_____ AMENDED PLAN (Indicate 1ST, 2ND, 3RD, etc.)
___3___ Number of Motions to Avoid Liens
___0___ Number of Motions to Value Collateral

### CHAPTER 13 PLAN

#### NOTICES

Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked or if neither box is checked, the provision will be ineffective if set out later in the plan.

| | | | |
|---|---|---|---|
| 1 | The plan contains nonstandard provisions, set out in § 9, which are not included in the standard plan as approved by the U.S. Bankruptcy Court for the Middle District of Pennsylvania. | [X] Included | [ ] Not Included |
| 2 | The plan contains a limit on the amount of a secured claim, set out in § 2.E, which may result in a partial payment or no payment at all to the secured creditor. | [ ] Included | [X] Not Included |
| 3 | The plan avoids a judicial lien or nonpossessory, nonpurchase-money security interest, set out in § 2.G. | [X] Included | [ ] Not Included |

#### YOUR RIGHTS WILL BE AFFECTED

READ THIS PLAN CAREFULLY. If you oppose any provision of this plan, you must file a timely written objection. This plan may be confirmed and become binding on you without further notice or hearing unless a written objection is filed before the deadline stated on the Notice issued in connection with the filing of the plan.

1. **PLAN FUNDING AND LENGTH OF PLAN.**

   A. **Plan Payments From Future Income**

   1.  To date, the Debtor paid _____$0.00_____ (enter $0 if no payments have been made to the Trustee to date). Debtor shall pay to the Trustee for the remaining term of the plan the following payments. If applicable, in addition to monthly plan payments, Debtor shall make conduit payments through the Trustee as set forth below. The total base plan is ___$9,864.00___ , plus other payments and property stated in § 1B below:

| Start mm/yyyy | End mm/yyyy | Plan Payment | Estimated Conduit Payment | Total Monthly Payment | Total Payment Over Plan Tier |
|---|---|---|---|---|---|
| 11/2025 | 10/2026 | $650.00 | $0.00 | $650.00 | $7,800.00 |
| 11/2026 | 10/2028 | $86.00 | $0.00 | $86.00 | $2,064.00 |
| | | | | Total Payments: | $9,864.00 |

   2.  If the plan provides for conduit mortgage payments, and the mortgagee notifies the Trustee that a different payment is due, the Trustee shall notify the Debtor and any attorney for the Debtor, in writing, to adjust the conduit payments and the plan funding. Debtor must pay all post-petition mortgage payments that come due before the initiation of conduit mortgage payments.

3. Debtor shall ensure that any wage attachments are adjusted when necessary to conform to the terms of the plan.

4. CHECK ONE: ___X___ Debtor is at or under median income. *If this line is checked, the rest of § 1.A.4 need not be completed or reproduced.*

B. **Additional Plan Funding From Liquidation of Assets/Other**

1. The Debtor estimates that the liquidation value of this estate is ___$9,840.16___ . (Liquidation value is calculated as the value of all non- exempt assets after the deduction of valid liens and encumbrances and before the deduction of Trustee fees and priority claims.)

*Check one of the following two lines.*

___ No assets will be liquidated. *If this line is checked, skip § 1.B.2 and complete § 1.B.3 if applicable.*

___ Certain assets will be liquidated as follows:

2. In addition to the above specified plan payments, Debtor shall dedicate to the plan proceeds in the estimated amount of $ _____ from the sale of property known and designated as _____ _____ All sales shall be completed by _____, 20___. If the property does not sell by the date specified, then the disposition of the property shall be as follows: _____.

3. Other payments from any source(s) (describe specifically) shall be paid to the Trustee as follows:

**If Debtors pursue any of the claims that are listed on Schedule B at ¶ 33, then the unexempt portion of any net recovery shall be paid to the Chapter 13 trustee.**

**Debtor 2 may receive inheritance proceeds as a result of the asset listed on B.32. Debtor shall pay the amount required to satisfy the liquidation analysis to the trustee within 7 days of receipt.**

2. **SECURED CLAIMS.**

A. **Pre-Confirmation Distributions.** Check one.

___X___ None. *If "None" is checked, the rest of § 2.A need not be completed or reproduced.*

B. **Mortgages (Including Claims Secured by Debtor's Principal Residence) and Other Direct Payments by Debtor.** *Check one.*

___X___ None. *If "None" is checked, the rest of § 2.B need not be completed or reproduced.*

C. **Arrears, including, but not limited to, claims secured by Debtor's principal residence**. *Check one.*

___ None. *If "None" is checked, the rest of § 2.C need not be completed or reproduced.*

___X___ The Trustee shall distribute to each creditor set forth below the amount of arrearages in the allowed claim. If post-petition arrears are not itemized in an allowed claim, they shall be paid in the amount stated below. Unless otherwise ordered, if relief from the automatic stay is granted as to any collateral listed in this

section, all payments to the creditor as to that collateral shall cease, and the claim will no longer be provided for under § 1322(b)(5) of the Bankruptcy Code:

| Name of Creditor | Description of Collateral | Estimated Pre-petition Arrears to be Cured | Estimated Post-petition Arrears to be Cured | Estimated Total to be paid in plan |
|---|---|---|---|---|
| New American Funding | 3656 Hemlock Court, Lake Ariel, PA | 0 | 0 | 0 |
| Sheffield Financial Corp | Sports Utility ATV | 0 | 0 | 0 |

D. **Other secured claims (conduit payments, claims for which a § 506 valuation is not applicable, etc.)**

   X   None. *If "None" is checked, the rest of § 2.D need not be completed or reproduced.*

E. **Secured claims for which a § 506 valuation is applicable.** *Check one.*

   X   None. *If "None" is checked, the rest of § 2.E need not be completed or reproduced.*

F. **Surrender of Collateral.** *Check one.*

   X   None. *If "None" is checked, the rest of § 2.F need not be completed or reproduced.*

G. **Lien Avoidance.** *Do not use for mortgages or for statutory liens, such as tax liens. Check one.*

   ___   None. *If "None" is checked, the rest of § 2.G need not be completed or reproduced.*

   X   The Debtor moves to avoid the following judicial and/or nonpossessory, nonpurchase money liens of the following creditors pursuant to § 522(f) (this § should not be used for statutory or consensual liens such as mortgages).

| Name of Lien Holder | LVNV Funding, LLC | Members 1st Federal Credit | Members 1st Federal Credit |
|---|---|---|---|
| Lien Description For judicial lien, include court and docket number. | Wayne County Court of Common Pleas Docket No. 451-Judg-2022 | Wayne County Court of Common Pleas Docket No. 73-Judg-2025 | Wayne County Court of Common Pleas Docket No. 73-Judg-2025 |
| Description of the liened property. | 3656 Hemlock Court, Lake Ariel, PA | 3656 Hemlock Court, Lake Ariel, PA | 2011 Honda CRV, 2023 Polaris Sportsman 450 |
| Liened Asset Value | $198,900.00 | $198,900.00 | $9,552.00 |
| Sum of Senior Liens | $146,016.49 | $149,615.54 | $3,526.67 |
| Exemption Claimed | $52,883.51 | $52,883.51 | $6,025.33 |
| Amount of Lien | $3,599.05 | $58,349.02 | $58,349.02 |
| Amount Avoided | $3,599.05 | $58,349.02 | $58,349.02 |

3. **PRIORITY CLAIMS.**

A. **Administrative Claims**

1. **Trustee's Fees.** Percentage fees payable to the Trustee will be paid at the rate fixed by the United States Trustee.

2. **Attorney's fees.** Complete only one of the following options:

    a.   In addition to the retainer of _____ already paid by the Debtor, the amount of _____ in the plan. This represents the unpaid balance of the presumptively reasonable

fee specified in L.B.R. 2016-2(c); or

     b.   $ ___415.00___ per hour, with the hourly rate to be adjusted in accordance with the terms of the written fee agreement between the Debtor and the attorney. Payment of such lodestar compensation shall require a separate fee application with the compensation approved by the Court pursuant to L.B.R. 2016-2(b).

   3.   <u>Other.</u>   Other administrative claims not included in §§ 3.A.1 or 3.A.2 above.
             *Check one of the following two lines.*

       X   None. If "None" is checked, the rest of § 3.A.3 need not be completed or reproduced.

**B.**   <u>**Priority Claims (including certain Domestic Support Obligations)**</u>

Allowed unsecured claims, including domestic support obligations, entitled to priority under § 1322(a) will be paid in full unless modified under § 9.

| Name of Creditor | Estimated Total Payment |
|---|---|
|  |  |

**C.**   <u>**Domestic Support Obligations assigned to or owed to a governmental unit under 11 U.S.C. §507(a)(1)(B).**</u> *Check one of the following two lines.*

      X   None. *If "None" is checked, the rest of § 3.C need not be completed or reproduced.*

**4.**   **UNSECURED CLAIMS**

**A.**   <u>**Claims of Unsecured Nonpriority Creditors Specially Classified.**</u> *Check one of the following two lines.*

  X   None. *If "None" is checked, the rest of § 4.A need not be completed or reproduced.*

**B.**   **Remaining allowed unsecured claims will receive a pro-rata distribution of funds remaining after payment of other classes.**

**5.**   **EXECUTORY CONTRACTS AND UNEXPIRED LEASES.** *Check one of the following two lines.*

   __   None. *If "None" is checked, the rest of § 5 need not be completed or reproduced.*

   X   The following contracts and leases are assumed (and arrears in the allowed claim to be cured in the plan) or rejected:

| Name of Other Party | Description of Contract or Lease | Monthly Payment | Interest Rate | Estimated Arrears | Total Plan Payment | Assume or Reject |
|---|---|---|---|---|---|---|
| Helps NonProfit Law Firm | Debt management |  |  |  |  | Reject |

**6.**   **VESTING OF PROPERTY OF THE ESTATE.**

**Property of the estate will vest in the Debtor upon**

*Check the applicable line:*    **See § 9.**

__plan confirmation.
__entry of discharge.

___closing of case.

7. **DISCHARGE: (Check one)**

( x )   The debtor will seek a discharge pursuant to § 1328(a).

(   )   The debtor is not eligible for a discharge because the debtor has previously received a discharge described in
§ 1328(f).

8. **ORDER OF DISTRIBUTION:**

If a pre-petition creditor files a secured, priority or specially classified claim after the bar date, the Trustee will
treat the claim as allowed, subject to objection by the Debtor.

Payments from the plan will be made by the Trustee in the following order:
Level 1: Pre-Confirmation Distributions listed in ¶ 2.A
Level 2: Debtor's Attorney's Fees in ¶ 3.A.(2)
Level 3: Domestic Support Obligations
Level 4: Amounts listed in ¶ 2.E, pro rata
Level 5: Amounts listed in ¶ 2.C, pro rata. If a claim is filed the allowed amount of the arrearage shall be paid.
Level 6: Amounts listed in ¶ 2.D, pro rata
Level 7: Amounts listed in ¶ 4.A, pro rata
Level 8: Priority amounts of non-Level 3 allowed claims listed in ¶ 3.B, pro rata
Level 9: General unsecured claims

*If the above Levels are filled in, the rest of § 8 need not be completed or reproduced.*

9. **NONSTANDARD PLAN PROVISIONS**

**Include the additional provisions below or on an attachment. Any nonstandard provision placed elsewhere
in the plan is void. (NOTE: The plan and any attachment must be filed as one document, not as a plan and
exhibit.)**

**A. Vesting of Property.** Property of the estate vests in the debtor on confirmation, except for: (i) assets
listed in Part 1 of Schedule A/B, which vest when the case closes and (ii) any asset that Debtor acquires
post-confirmation and discloses on Schedule A/B, which vests upon discharge.

Dated: October 8, 2025

_____
Attorney for Debtor

_____
Debtor

_____
Joint Debtor

By filing this document, the debtor, if not represented by an attorney, or the Attorney for Debtor also certifies that
this plan contains no nonstandard provisions other than those set out in § 9.