IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re Dennis Leroy Smith & Andrilla Smith, Debtor(s) | Chapter 13 |
| | Case No. 5:25-bk-02884-MJC |
| Dennis Leroy Smith & Andrilla Smith, Movants | Adversary No. |
| vs. | Nature of Proceeding: Hearing |
| Members 1st Federal Credit Union, Respondent | Pleading: Motion for Examination under Rule 2004 |
| | Document No. 18, 24 |

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST

CHECK ONE:

☒ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☐ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).

　　☐ Thirty (30) days.
　　☐ Forty-five (45) days.
　　☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: November 29, 2025　　　　　　　　　　/s/ Carlo Sabatini
　　　　　　　　　　　　　　　　　　　　　　Attorney for Debtors