IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Dennis Leroy Smith and Andrilla Smith, <br><br> Debtors <br><br> Dennis Leroy Smith and Andrilla Smith, <br><br> Movants <br> v. <br><br> Members 1st Federal Credit Union, <br><br> Respondent | Case No. 5:25-bk-02884-MJC <br><br> Chapter 13 |

## Stipulation

1. Respondent filed Claim 9, which is based on a judgment entered in the Wayne County Court of Common Pleas at docket entry 73-Judg-2025.

2. In lieu of litigating a motion to avoid a judicial lien, the parties have agreed that following the Order of Discharge being entered, and within 30 days of a written request from Debtors' counsel, Respondent will satisfy the judgment.

3. The parties request an order approving this stipulation.

| | |
|---|---|
| s/ Carlo Sabatini | s/ David Park (with consent) |
| Carlo Sabatini, Bar Number PA 83831 <br> Attorney for Debtors <br> Sabatini Law Firm, LLC <br> 216 N. Blakely St. <br> Dunmore, PA 18512 <br> Phone (570) 341-9000 <br> Email ecf@bankruptcypa.com | David Park, Bar Number PA 315905 <br> Attorney for Respondent <br> Rice Park Law, LLC <br> 79 East Pomfret St. <br> Carlisle, PA 17013 <br> Phone (717) 205-2216 <br> Email dpark@riceparklaw.com |