# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Dennis Leroy Smith and Andrilla Smith, <br><br> Debtors <br><br> Dennis Leroy Smith and Andrilla Smith, <br><br> Movants <br> v. <br><br> Members 1st Federal Credit Union, <br><br> Respondent | Case No. 5:25-bk-02884-MJC <br><br> Chapter 13 |

Order

Upon consideration of the Stipulation filed at Dkt. # 34 in the above-captioned case ("Stipulation"), it is hereby

**ORDERED** that the Stipulation is **APPROVED.**