## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Dennis Leroy Smith and Andrilla Smith, | Case No. 5:25-bk-02884-MJC |
| Debtors | Chapter 13 |
| Dennis Leroy Smith and Andrilla Smith, | |
| Movants | |
| v. | |
| Members 1st Federal Credit Union, | |
| Respondent | |

### ORDER

Upon consideration of the Stipulation filed at Doc. 34 in the above-captioned case ("Stipulation"), it is hereby

**ORDERED** that the Stipulation is **APPROVED**.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: January 16, 2026