United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-02884-MJC |
| Dennis Leroy Smith | Chapter 13 |
| Andrilla Smith | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Jun 08, 2026 | Form ID: orfeedue | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: ECMCBKNotices@ecmc.org | Jun 08 2026 18:36:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abbie Trone | |
| | on behalf of Creditor Members 1st Federal Credit Union atrone@riceparklaw.com |
| Carlo Sabatini | |
| | on behalf of Debtor 1 Dennis Leroy Smith usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatin i.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Carlo Sabatini | |
| | on behalf of Debtor 2 Andrilla Smith usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatin i.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| David W. Park | |
| | on behalf of Creditor Members 1st Federal Credit Union dpark@riceparklaw.com  khelman@riceparklaw.com |
| Jack N Zaharopoulos | |
| | ecf@pamd13trustee.com |
| Kailey Elrod | |

on behalf of Creditor Members 1st Federal Credit Union kelrod@riceparklaw.com  mdempsey@riceparklaw.com

Tammy Benoza

on behalf of Creditor New American Funding  LLC bankruptcy@fskslaw.com

Tammy Benoza

on behalf of Creditor American Funding  LLC bankruptcy@fskslaw.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Dennis Leroy Smith
aka Dennis Smith, aka Dennis L Smith

Andrilla Smith
aka Andrilla Barton Smith, aka Andrilla B Smith

**Debtor(s)**

Chapter 13

Case number 5:25-bk-02884-MJC

Document Number: 40

### Order Filing Fee Due

A transfer of claim was filed on **June 8, 2026**. As approved by the Judicial Conference of the United States at its September 2012 session and pursuant to Item 20 of the Bankruptcy Court Miscellaneous Fee Schedule (Fee Schedule), a fee in the amount of **$28.00** is due upon the filing of a claim transfer, partial claim transfer, or amended claim transfer.

**IT IS HEREBY ORDERED** that the fee be paid in full on or before **June 15, 2026**.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: June 8, 2026

orfeedue(05/18)