United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Dennis Leroy Smith
Andrilla Smith
    Debtors

Case No. 25-02884-MJC

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5        User: AutoDocke        Page 1 of 2

Date Rcvd: Jun 08, 2026        Form ID: trc        Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5751711 | Email/Text: ECMCBKNotices@ecmc.org | Jun 08 2026 18:36:00 | MOHELA on behalf of, Ascendium Education Solutions Inc, PO BOX 8961, Madison, WI 53708-8961 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2026        Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abbie Trone | on behalf of Creditor Members 1st Federal Credit Union atrone@riceparklaw.com |
| Carlo Sabatini | on behalf of Debtor 1 Dennis Leroy Smith usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Carlo Sabatini | on behalf of Debtor 2 Andrilla Smith usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| David W. Park | on behalf of Creditor Members 1st Federal Credit Union dpark@riceparklaw.com  khelman@riceparklaw.com |
| Jack N Zaharopoulos | ecf@pamd13trustee.com |

Kailey Elrod

on behalf of Creditor Members 1st Federal Credit Union kelrod@riceparklaw.com  mdempsey@riceparklaw.com

Tammy Benoza

on behalf of Creditor American Funding  LLC bankruptcy@fskslaw.com

Tammy Benoza

on behalf of Creditor New American Funding  LLC bankruptcy@fskslaw.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov


TOTAL: 9

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:25-bk-02884-MJC
Chapter 13

In re: Debtor(s) (including Name and Address)

Dennis Leroy Smith
1304 The Hideout
Lake Ariel PA 18436

Andrilla Smith
1304 The Hideout
Lake Ariel PA 18436

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/08/2026.

Name and Address of Alleged Transferor(s):

Claim No. 2: MOHELA on behalf of, Ascendium Education Solutions Inc, PO BOX 8961, Madison, WI 53708-8961

Name and Address of Transferee:

ECMC
PO Box 16408
St. Paul, MN 55116-0408
ECMC
PO Box 16408
St. Paul, MN 55116-0408

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/10/26

Seth F. Eisenberg
**CLERK OF THE COURT**