IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

DENNIS LEROY SMITH; AKA DENNIS
SMITH; AKA DENNIS L SMITH
ANDRILLA SMITH; AKA ANRILLA
BARTON SMITH; AKA ANDRILLA B
SMITH,

Debtors

CHAPTER 13

CASE NO. 5:25-02884-MJC

*Application of Attorney for Chapter 13
Debtor for Compensation and
Reimbursement of Expenses*

## <u>ORDER APPROVING INTERIM COMPENSATION TO COUNSEL FOR DEBTORS</u>

Upon consideration of *Application of Attorney for Chapter 13 Debtor for Compensation
and Reimbursement of Expenses,* Doc. 44, after counsel's certification that proper notice was
provided to all parties entitled to notice, no responses having been filed thereto, it is hereby

**ORDERED** that the following interim amounts are awarded: compensation in the
amount of $5,205.50 and reimbursement of expenses in the amount of $424.22 for a total sum of
$5,629.72. This compensation is in addition to all amounts previously paid by the Debtors,
approved by this court, or that were included in the confirmed plan. Counsel is authorized to
apply the $838.00 of client funds that it is holding in its trust account toward this amount. The
remaining $4,791.72 may be paid by the Chapter 13 Trustee.