IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

DENNIS LEROY SMITH; AKA DENNIS
SMITH; AKA DENNIS L SMITH
ANDRILLA SMITH; AKA ANRILLA
BARTON SMITH; AKA ANDRILLA B
SMITH,

      Debtors

CHAPTER 13

CASE NO. 5:25-02884-MJC

**Certification of Service Upon Paper Filer Pursuant to L.B.R. 9013-3**

| Title of Paper Served: | **NOTICE OF APPLICATION OF ATTORNEY FOR CHAPTER 13 DEBTOR FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES** | |
|---|---|---|
| Name and Address of Recipient: | Entity the Recipient Represents (if applicable) | Method of Service |
| The entities on the attached service list | | United States Mail – First Class Postage Prepaid |

I certify that I am over 18 years of age and service was effectuated today as above described.

Dated: June 18, 2026

s/Ashley Weisenfluh
Ashley Weisenfluh, Paralegal
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
Phone (570) 341-9000
Facsimile (570) 504-2769

| |
|---|
| Members 1st Federal Credit Union<br>5000 Marketplace Way<br>Enola, PA 17025-2431 |
| Citibank NA<br>PO Box 6500<br>Sioux Falls, SD 57117-6500 |
| Comenity Capital/Lending Club<br>3095 Loyalty Circle, Building A<br>Columbus, OH 43219-3673 |
| Comenity Capital/Overstock<br>PO Box 182120<br>Columbus, OH 43218-2120 |
| Crown Asset Management, LLC<br>3100 Breckinridge Blvd Ste 725<br>Duluth, GA 30096-7605 |
| Eric Bush, Chief Financial Officer<br>Members 1st Federal Credit Union<br>5000 Marketplace Way<br>Enola, PA 17025-2431 |
| Ferdinand J Manahan MD LLC<br>239 Penn Ave Forum Plaza<br>Scranton, PA 18503-1921 |
| Helps NonProfit Law Firm<br>3995 Hagers Grove Rd SE<br>Salem, OR 97317-6189 |
| JPMorgan Chase Bank<br>PO Box 15369<br>Wilmington, DE 19850-5369 |
| JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| LVNV Funding LLC<br>55 Beattie Pl<br>Greenville, SC 29601-2165 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| ASCENDIUM EDUCATION SOLUTIONS INC |

| |
|---|
| 38 BUTTONWOOD COURT<br>MADISON WI 53718-2156 |
| Members 1st Federal Credit Union<br>5000 Louise Drive<br>Mechanicsburg, PA 17055-4899 |
| Midland Credit Management Inc<br>320 E Big Beaver Rd Ste 300<br>Troy, MI 48083-1271 |
| Mohela/Navient<br>633 Spirit Dr<br>Chesterfield, MO 63005-1243 |
| NEW AMERICAN FUNDING<br>ATTN BANKRUPTCY DEPARTMENT<br>P O BOX 170581<br>AUSTIN TX 78717-0031 |
| ECMC<br>P.O. Box 16408<br>St. Paul, MN 55116-0408 |
| Patenaude & Felix, A.P.C<br>2400 Ansys Dr Ste 402B<br>Canonsburg, PA 15317-0403 |
| Paypal Credit<br>PO Box 105658<br>Atlanta, GA 30348-5658 |
| Pennsylvania Physician Services LLC<br>1400 Gatlin Ave<br>Orlando, FL 32806-6940 |
| Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| Adams Cable Service<br>19 N main St<br>Carbondale, PA 18407-2395 |
| Quantum3 Group LLC as agent for<br>Concora Credit Inc.<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| Rebecca Finkenbinder<br>Members 1st Federal Credit Union<br>5000 Marketplace Way<br>Enola, PA 17025-2431 |
| Rice Park Law, LLC |

| |
|---|
| 79 E. Pomfret Street<br>Carlisle, PA 17013-3313 |
| Scranton Heart Institute, P.C.<br>102 North Abington Road, Suite 103<br>Clarks Summit, PA 18411-2326 |
| Sheffield Financial Corp<br>PO Box 849<br>Wilson, NC 27894-0849 |
| Sheffield Financial, a division of Truist Ba<br>PO Box 1847<br>Wilson, NC 27894-1847 |
| Synchrony Bank/Amazon<br>PO Box 71737<br>Philadelphia, PA 19176-1737 |
| Synchrony Bank/Amazon<br>PO Box 965064<br>Orlando, FL 32896-5064 |
| Synchrony Bank/Gap<br>PO Box 71727<br>Philadelphia, PA 19176-1727 |
| US Attorney for the PA Middle District<br>William J. Nealon Federal Building<br>235 N Washington Ave Ste 311<br>Scranton, PA 18503-1533 |
| American Funding, LLC<br>Fein, Such & Crane, LLP<br>28 East Main Street, Suite 1800<br>Rochester, NY 14614-1936 |
| US Department of Education<br>400 Maryland Ave SW<br>Washington, DC 20202-0001 |
| Wayne Memorial Community Health Center<br>600 Maple Avenue<br>Honesdale, PA 18431-1459 |
| Wayne Memorial Hospital<br>601 Park St<br>Honesdale, PA 18431-1498 |
| Wells Fargo Bank<br>PO Box 14517<br>Des Moines, IA 50306-3517 |
| Wells Fargo Bank NA<br>PO Box 393<br>Minneapolis, MN 55480-0393 |

| |
|---|
| CB/CCI PL CC<br>PO Box 4499<br>Beaverton, OR 97076-4499 |
| Capital One<br>PO Box 50281<br>Salt Lake City, UT 84101-0281 |
| Capital One<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Cardionet, LLC<br>PO Box 508<br>Malvern, PA 19355-0508 |
| Citibank NA<br>PO Box 6077<br>Sioux Falls, SD 57117-6077 |