IN RE:  DENNIS LEROY SMITH &      : CHAPTER 13
ANDRILLA SMITH                    :
    Debtors                       :
                                  :
JACK N. ZAHAROPOULOS              :
STANDING CHAPTER 13 TRUSTEE       :
    Objectant                     :
                                  :
    vs.                           :
                                  :
CARLO SABATINI, ESQUIRE          :
    Applicant                     : CASE NO. 5:25-bk-02884-MJC
                                  :
                                  : TRUSTEE'S OBJECTION TO
                                  : FIRST FEE APPLICATION

## ORDER

AND NOW, upon consideration of the Trustee's Objection to Application of Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses, and all other matters of record, it is hereby ORDERED AND DECREED that the attorney fees sought in the First Application of Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses are hereby ADJUSTED AS FOLLOWS: