## CERTIFICATE OF SERVICE

AND NOW, on June 30, 2026, I, hereby certify that I served a copy of this Objection either electronically or by depositing the same in the United States Mail, at Hummelstown, Pennsylvania, postage prepaid, first class, addressed to the following:

CARLO SABATINI, ESQUIRE
SABATINI LAW FIRM, LLC
216 NORTH BLAKELY ST
DUNMORE, PA 18512

/s/Kurtis B. Bowers
Paralegal for Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

Case 5:25-bk-02884-MJC    Doc 45-2    Filed 06/30/26    Entered 06/30/26 10:53:07    Desc
Certificate of Service    Page 1 of 1