<u>**LOCAL BANKRUPTCY FORM 9013-4**</u>

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

**IN RE:**

Dennis Leroy Smith and Andrilla Smith,

:
:
:
:
:
:

**CHAPTER** ____13____

**CASE NO.** _5_ - _25_ -bk- __02884__

**Debtor(s)**

Dennis Leroy Smith and Andrilla Smith,

:
:
:
:
:
:
:

**ADVERSARY NO.** __-__-ap-_____
(if applicable)

**Plaintiff(s)/Movant(s)**
**vs.**

Standing Chapter 13 Trustee Jack Zaharopoulos.

:
:
:
:
:
:
:
:

**Nature of Proceeding:** Application for

allowance of compensation & expenses

**Defendant(s)/Respondent(s)** :

**Document #:** 44, 45

<u>**REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE**[1]</u>

     This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

     The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

     Reason for the continuance.

Counsel are attempting to resolve and request a continuance to September 3, 2026.

     Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated:_____ July 30, 2026 _____

/s/Carlo Sabatini _____

Attorney for Debtors _____

Name: Carlo Sabatini _____

Phone Number: (570) 341-9000 _____

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.