**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>DENNIS LEROY SMITH,<br>AKA DENNIS SMITH,<br>AKA DENNIS L. SMITH,<br>ANDRILLA SMITH,<br>AKA ANDRILLA BARTON SMITH,<br>AKA ANDRILLA B. SMITH,<br>Debtors | CHAPTER 13<br><br>CASE NO. 5:25-BK-02884-MJC<br><br>*Application of Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses* |

**ORDER APPROVING INTERIM COMPENSATION TO COUNSEL FOR DEBTORS**

Upon consideration of *Application of Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses,* Doc. 44, Trustee's Objection filed in response thereto, Doc. 45, after counsel's certification that proper notice was provided to all parties entitled to notice, and after a hearing held on September 3, 2026, it is hereby

**ORDERED** that the following interim amounts are awarded: compensation in the amount of $4,805.50 and reimbursement of expenses in the amount of $424.22 for a total sum of $5,229.72. This compensation is in addition to all amounts previously paid by the Debtors, approved by this court, or that were included in the confirmed plan. Counsel is authorized to apply the $838.00 of client funds that it is holding in its trust account toward this amount. The remaining $4,391.72 may be paid by the Chapter 13 Trustee.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: September 4, 2026